Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| OMAR MERCADO VÁZQUEZ<br><br>APELANTE<br><br>V.<br><br>MUNICIPIO AUTÓNOMO DE CATAÑO Y OTROS<br><br>APELADOS | TA2025AP00587 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil Núm.: CT2021CV00064<br><br>Sobre: Daños |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz, y la juez Aldebol Mora

Brignoni Mártir, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 9 de diciembre de 2025.

Examinado el escrito titulado *"Oposición a Recurso de Apelación"* y la *"Moción Informativa Respecto a Número de Caso Asignado"'* presentados ambos por la parte apelada los días 24 y 25 de noviembre de 2025, este Tribunal resuelve lo siguiente:

Con lugar y en su consecuencia se ordena que la Secretaría de este Tribunal, anule el recurso de título por estar duplicado con el TA2025AP00519.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones